1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   CR 10-0515 WHA
14                                     )
                                       )
15         Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER EXCLUDING TIME FROM**
16         v.                          )   **AUGUST 3, 2010 – OCTOBER 5, 2010**
                                       )
17 RAYMOND WATTEN,                     )
                                       )
18                                     )
           Defendant.                  )
19 _____)

20

21         On August 3, 2010, the parties in this case appeared before the Court for the first status

22 conference in this case.  The parties stipulated and the Court agreed that time should be excluded

23 from the Speedy Trial Act calculations from August 3, 2010, through August 31, 2010, for

24 effective preparation of defense counsel.  The parties represented that granting the continuance

25 would allow the reasonable time necessary for effective preparation of defense counsel, taking

26 into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also

27 agreed that the ends of justice served by granting such a continuance outweighed the best

28 interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0515 WHA (NJV)

1   On August 31, 2010, the parties in this case appeared before the Court for the second
2   status conference in this case. The parties stipulated and the Court agreed that time should be
3   excluded from the Speedy Trial Act calculations from August 31, 2010, through October 5, 2010,
4   due to the defendant's physical inability to stand trial. 18 U.S.C. § 3161(h)(4).
5   SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

DATED: September 23, 2010           ____/s/_____
                                    OWEN P. MARTIKAN
                                    Assistant United States Attorney

                                    BARRY J. PORTMAN
                                    Federal Public Defender

DATED: September 23, 2010           _____/s/_____
                                    ELIZABETH FALK
                                    Attorney for Raymond Watten

### [~~PROPOSED~~] ORDER

As the Court found on August 3, 2010, and for the reasons stated above, an exclusion of time from August 3, 2010, through August 31, 2010, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv). As the Court further found on August 31, 2010, an exclusion of time from August 31, 2010, through October 5, 2010, is warranted because the defendant is physically unable to stand trial. 18 U.S.C. § 3161(h)(4).

SO ORDERED.

DATED: September 27, 2010.          _____
                                    HON. WILLIAM H. ALSUP
                                    United States District Judge

STIP. & [~~PROPOSED~~] ORDER EXCLUDING TIME
CASE NO. CR 10-0515 WHA (NJV)