IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAYMOND WATTEN,<br><br>　　　　　Defendant. | No. CR-10-0515 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING** |

　　　　The above-captioned case is on calendar for sentencing on June 28, 2011 at 2:00 p.m. The parties jointly request that the hearing be continued until July 19, 2011, at 2:00 p.m.

　　　　The continuance is necessary because the presentence report was delivered to the parties on Friday, June 17th at 3:00p.m., and defense counsel needs more time to review the report and make recommendations regarding that report. Defense counsel has contacted Assistant United States Attorney Owen Martikan and he has no objection to the continuance. Probation Officer Charlie Mabie has been out of the office and defense counsel has been unable to make contact with him.

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING, CR-10-0575 WHA　　　　　　1

**IT IS SO STIPULATED.**

June 22, 2011
DATED

/s/
OWEN MARTIKAN
Assistant United States Attorney

June 22, 2011
DATED

/s/
ELIZABETH M. FALK
Attorney for Raymond Watten

### [PROPOSED] ORDER

For good cause shown, the sentencing hearing now scheduled for June 28, 2011 is continued to Monday, July 18, 2011, at 2:00 p.m.

**IT IS SO ORDERED.**

June 23, 2011.
DATED

HON. WILLIAM H. ALSUP
United States District Judge