STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WATTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAYMOND WATTEN,<br><br>　　　　　Defendant.<br>_____ | No. CR-10-515 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO MODIFY CONDITIONS OF**<br>**PROBATION**<br><br>Court: The Honorable William H. Alsup |

　　　　Undersigned counsel stipulate as follows:

　　　　1.　　Dr. Raymond Watten is currently being supervised by the Probation Department.
　　　　　　　As a part of his conditions of probation, he is not permitted to have a computer in
　　　　　　　his residence. Nor is his wife permitted to have a computer;

　　　　2.　　In consideration of Dr. Watten's wife, and in consideration of Mr. Watten's
　　　　　　　compliance with the conditions of probation to date, the parties hereby stipulate
　　　　　　　and agree that Dr. Watten's conditions of probation be modified as follows, and
　　　　　　　jointly ask the Court to order the following modification to the conditions of
　　　　　　　Probation:

3. That Dr. Watten's wife, Judy Watten, be permitted to maintain a password protected computer at the residence.  The computer shall not be in any way connected to the Internet at any time.  Judy Watten would maintain the password for this computer and not share the password with Dr. Watten.  Moreover, Dr. Watten hereby agrees to provide his Probation Officer with his monthly cable bill from Comcast to prove that Internet services to the home have not been restored;

4. The no-internet condition continues to apply in full force and effect, both in terms of Dr. Watten's personal use and to the entirety of the home.

5. All other conditions of Probation previously established by the Court remain in full force and effect.

**IT IS SO STIPULATED.**

Dated: April 16, 2013           _____/S/_____
                                ELIZABETH M. FALK
                                Assistant Federal Public Defender

Dated: April 16, 2013           _____/S/_____
                                OWEN MARTIKAN
                                Assistant United States Attorney

Dated: April 16, 2013           _____/S/_____
                                CHRISTINE BUTERA-ORTIZ
                                Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the conditions of Dr. Watten's probation in the instant case be modified as follows:

1. That Dr. Watten's wife, Judy Watten, is hereby permitted to maintain a password protected computer at the residence she shares with Dr. Watten.  The computer

shall not be in any way connected to the Internet at any time, nor shall Dr. Watten or Ms. Watten apply for Internet services to the home at any time. Judy Watten shall maintain the password for this computer and shall not share the password with Dr. Watten;

2. As a condition of this modification benefitting his wife, Dr. Watten is hereby ordered to provide his Probation Officer with his monthly cable bill from Comcast to prove that Internet services to the home have not been restored;

6. The no-internet condition continues to apply in full force and effect to Dr. Watten, both in terms of Dr. Watten's personal use and to the entirety of his residence. Moreover, the no-computer condition continues to apply in full force and effect as to Dr. Watten himself;

7. All other conditions of Probation previously established by the Court remain in full force and effect and are not impacted by this modification, except the condition that no computers are allowed whatsoever at Dr. Watten's residence is hereby deleted.

**IT IS SO ORDERED**

Dated: April 16, 2013.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE